UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DR. JEFFREY MILTON, DDS, INC.** : | |
| : | |
| Plaintiff : | No. 3:20cv640(SALM) |
| v. : | |
| : | |
| **HARTFORD CASUALTY INSURANCE COMPANY** : | |
| : | |
| Defendant. : | |

## JUDGMENT

This matter came up for consideration on Defendant's Motion to Dismiss **[Doc. #39],** before the Honorable Sarah A. L. Merriam, United States District Judge. On March 1, 2022, the Court, having considered the full record of the case, including the applicable principles of law, entered a Ruling GRANTING defendant Hartford Casualty Insurance Company's Motion to Dismiss. It is hereby;

ORDERED, ADJUDGED and DECREED that judgment shall enter dismissing this case, and this case shall be closed.

Dated at New Haven, Connecticut, this 7th day of March, 2022.

DINAH MILTON KINNEY, Clerk

By: ____/s/_____
Andrew Caffrey
Deputy Clerk

EOD: 3/7/2022